IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                                      Case. No.: 99 CR 337-01 (HL)

JULIO CASANOVA OTERO
*****************************

MOTION REQUESTING MODIFICATION OF CONDITIONS

TO THE HONORABLE HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      **COMES NOW, VICTOR M. CANINO U.S. PROBATION OFFICER of this Honorable Court,** requesting a modification of conditions of Julio Casanova-Otero who was sentenced on June 21, 2001, to seventy (70) months of imprisonment after pleading guilty to violating Titles 18 U.S.C. §§ 846(a) and 841(a)(1) as well as Title 18 U.S.C. § 1956(a)(1)(A)(i);(B)(i);(h). A three (3) year supervised release term was also imposed with the following special conditions. Mr. Casanova-Otero was ordered to submit to urinalyses and engage in treatment if necessary. He was further ordered to pay a $100.00 special monetary assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      Upon Mr. Casanova-Otero's release he communicated that he has been in prison for the better part of fifteen years and he would like to receive help while he readjusts to being in the community. Given Mr. Casanova-Otero's lengthy criminal history, his history of drug addiction, and

his demonstrated history of violence inside prison and in the community, the United States Probation Office requests that a search and seizure condition also be added. Mr. Casanova-Otero voluntarily agreed to engage in mental health treatment and to the search and seizure condition. As such, he signed the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Casanova-Otero's conditions of supervised release to include mental health treatment and search and seizure.

In San Juan, Puerto Rico, this 14th day of July 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

S/Víctor M. Canino
 U.S. Probation Officer
 150 Carlos Chardón Avenue
 Federal Office Building, Room G-50
 San Juan, PR 00918
 (787) 771-3629
 (787) 771-4063
 victor_canino@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on, July 14, 2005, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system which will send notification of such filing to the following: Bert Garcia , U.S. Attorney, and Joseph Laws of the United States Federal Public defenders Office.

At San Juan, Puerto Rico this 14th day of July 2005.

S/<u>Víctor M. Canino</u>
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room G-50
San Juan, PR 00918
(787) 771-3629
(787) 771-4063
<u>victor_canino@prp.uscourts.gov</u>

VMC