IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs                                    CASE NO 3:99CR00337-001 (HL)

**JULIO CASANOVA-OTERO**
\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER TO SHOW CAUSE**

Upon petition of, **ABNER VALCARCEL, U.S. PROBATION OFFICER** of this Court, alleging that offender, **Julio Casanova-Otero**, has failed to comply with his conditions of supervision, it is

**ORDERED** that offender appear before this Court on _____, 2006 at _____ to show cause, if there be any reason why his supervised release should not be revoked and committed to the custody of the Attorney General of the United States or his authorized representative, for imprisonment until expiration of his sentence.

At this hearing, offender will be entitled:

1. **To the disclosure of evidence against him**
2. **To present evidence in his own behalf**
3. **To the opportunity to question witnesses against him.**
4. **To be represented by counsel**

**The Clerk shall issue the corresponding warrant for the offender's arrest and provide all pertinent parties with copy of this Order.**

**IT IS ORDERED.**

In San Juan, Puerto Rico this_____ day of _____ 2006.

                                                           _____
                                                           Hector M. Laffitte
                                                           Senior United States District Judge