IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>JULIO CASANOVA-OTERO,<br>    Defendant | CRIMINAL NO. 99-337 (HL) |

**NOTICE OF APPEARANCE**
(Re: request for notification to undersigned AFPD and termination of notification to FPD)

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    1.   Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for ***Julio Casanova-Otero***.

    2.   Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made to the AFPD assigned to the case, and that all electronic notifications to the Federal Public Defender, Mr. Joseph C. Laws, be terminated.

    I HEREBY CERTIFY that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

    RESPECTFULLY SUBMITTED.

    In San Juan, Puerto Rico, this 3rd day of February, 2006.

    JOSEPH C. LAWS, JR.
    Federal Public Defender

    S/Joannie Plaza-Martinez
    Assistant Federal Public Defender
    USDC-PR 215604
    241 F.D. Roosevelt Avenue
    San Juan, PR  00918-2305
    Phone No. (787) 281-4922
    Joannie_Plaza@fd.org