**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

        vs.        **CASE NO. 3:99CR00337-001 (HL)**

**JULIO CASANOVA-OTERO**
* * * * * * * * * * * * * * * * *

**SUPPLEMENT TO MOTION FILED ON JANUARY 27, 2006**

**TO THE HONORABLE HECTOR M. LAFFITTE**
**SENIOR UNITED STATES DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW, ABNER VALCARCEL**, **U.S. Probation Officer of this Court,** and respectfully informs as follows:

On January 27, 2006, a motion was filed notifying that the offender had used illegal substances and failure to report to the probation officer, requesting the issuance of a warrant of arrest. On February 7, 2006, our motion was granted.

Since the filing of our last motion, we received information that the offender has violated the following condition of supervision:

**1. MANDATORY CONDITION- "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME".**

On February 18, 2006, Mr. Casanova-Otero was arrested by local police agents and charged with violation to Article 404 of the Puerto Rico Narcotics Law. The preliminary hearing was scheduled for March 6, 2006 at the Superior Court, San Juan Part before Honorable Wanda Cruz-Ayala.

**WHEREFORE**, I declare under penalty and perjury that the foregoing is true and correct. It is respectfully requested that the motion filed on January 27, 2006, be supplemented with this violation, and the Court order the Warden of the Bayamon 705 Institution to produce this offender before this Honorable Court to show cause why his supervised release term should not be revoked; thereupon he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 28th day of February 2006.

Respectfully submitted,

s/Abner Valcarcel
Abner Valcárcel
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5836
Fax 787-766-5945
E-mail: abner_valcarcel@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 28, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system and copy of this document was mailed to the following: Sonia I. Torres, Assistant U.S. Attorney and Joseph C. Laws, Federal Public Defender

In San Juan, Puerto Rico, this 28th day of February 2006.

s/Abner Valcarcel
Abner Valcárcel
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5836
Fax 787-766-5945
E-mail: abner_valcarcel@prp.uscourts.gov