IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.  CASE NO. 99-CR-337-001 (HL)

JULIO CASANOVA-OTERO

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Upon petition of Abner Valcárcel, U.S. PROBATION OFFICER of this Court, alleging that offender, Julio Casanova-Otero, has failed to comply with his conditions of probation, it is

ORDERED that offender appear before this Court on ___July 31___ 2006 at __9:15 AM__, for a hearing to show cause, if there be any, why his probation term on the above-entitled case should not be revoked. Thereupon, the probationer to be dealt with pursuant to law.

At this hearing, probationer will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding order to the Warden of the 705 Institution in Bayamón, P.R., to release the offender to the custody of the U.S. Marshals Service for an order to show cause hearing on March 3, 2006. A copy of this order shall be provided to all pertinent parties.

IT IS SO ORDERED

In San Juan, Puerto Rico, this __3rd__ day of __March__ 2006

_____
Héctor M. Laffitte
Senior U.S. District Judge