IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff,**<br>    **Vs.**<br>**JULIO CASANOVA-OTERO**<br>    **Defendant.** | CR. NO. 99-337-001 (HL) |

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   The United States Marshal; and
      Warden of the 705 Institution in
      Bayamon, Puerto Rico

GREETINGS:

We command you, the Warden of the 705 Institution in Bayamon, Puerto Rico to release **JULIO CASANOVA-OTERO** to the custody of the United States Marshal for the District of Puerto Rico, or to any of his deputies, and you, United States Marshal for the District of Puerto Rico, to have the body of **JULIO CASANOVA-OTERO** and take him under your custody under safe and secure conduct, and remove the said **JULIO CASANOVA-OTERO** forthwith and bring him before **HONORABLE HECTOR M. LAFFITTE**, United States District Judge, Puerto Rico for <u>**ORDER TO SHOW CAUSE HEARING ON JULY 31, 2006 AT 9:15 A.M.,**</u> and that you safely and securely return said **JULIO CASANOVA-OTERO** to the custody of the Warden of the 705 Institution in Bayamon, Puerto Rico as soon thereafter as his case before this court is disposed of in accordance with the law.

**WITNESS:** the Honorable Hector M. Laffitte, Judge for the United States District Court for the District of Puerto Rico, at San Juan, Puerto Rico, and the Seal of said Court, this 9th day of March, 2006.

**FRANCES RIOS DE MORAN**
Clerk of the Court, for the
District of Puerto Rico.

By: <u>S/Minerva Figueroa</u>
Minerva Figueroa
Deputy Clerk