IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>              v.<br><br>JULIO CASANOVA-OTERO,<br>        Defendant | CRIMINAL NO. 99-337 (HL) |

### REQUEST FOR DISCOVERY PURSUANT TO
### RULE 32.1 OF FEDERAL RULES OF CRIMINAL PROCEDURE

HON. HECTOR M. LAFFITTE
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** Mr. Julio Casanova-Otero, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico, and before this Honorable Court respectfully states and prays as follows:

1.    On January 27, 2006 the U.S. Probation Office filed a Motion for Revocation of Supervised Release term of the defendant, requesting his arrest pending the disposition of the motion. On February 28, 2006, the U.S. Probation Office filed a Supplement to the motion filed on January 27, 2006. See docket entry No. 66 and 70.

2.    On March 9, 2006, this Honorable Court set a Show Cause hearing for July 31, 2006.

3.    On March 24, 2006, the defendant was arrested pursuant to this Court's ordered and remains detained at MDC - Guaynabo.

4.    *Federal Rule of Criminal Procedure 32.1 (a)(2)(B)* provides that a person whose term of supervised release is to be revoked has the right to "disclosure of the evidence against the person." It should be noted that the Rule itself does not specify when that disclosure is to be made.

Crim. No.  99-337 (HL) -2-
U.S.  v. Julio Casanova-Otero

In the interest of preparing to effectively represent the defendant, as well as expediency, it is respectfully requested that the probation officer provide counsel with the following information:

      a) Copies of any and all documents pertaining to the defendant's criminal charges at the state level in the Probation Officer's possession.

      b) Any and all other information and/or evidence related to the violation alleged on the motions requesting revocation.

5. It is respectfully requested that an order be issued by this Honorable Court in which it order the Probation Officer to provide the information requested by defendant.

**WHEREFORE** it is respectfully requested that the information sought by defendant pursuant to *Federal Rule of Criminal Procedure 32.1(a)(2)(B)* be provided.

**RESPECTFULLY REQUESTED**.

In San Juan, Puerto Rico, this 14th day of June, 2006.

                JOSEPH C. LAWS, JR.
                Federal Public Defender

                <u>S/JOANNIE PLAZA-MARTINEZ</u>
                USDC-PR # 215604
                Assistant Federal Public Defender
                241 Franklin D. Roosevelt Avenue
                Hato Rey, PR  00918-2441
                Tel. (787) 281-4922 / Fax (787) 281-4899
                E-mail : *Joannie_Plaza@fd.org*

Crim. No.  99-337 (HL) -2-
U.S.  v. Julio Casanova-Otero

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this day,   I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the government, U.S. Attorney's Office, and the U.S. Probation Office (Abner Valcarcel).

    In San Juan, Puerto Rico, this 14th day of June, 2006.

                                    JOSEPH C. LAWS, JR.
                                    Federal Public Defender

                                    S/JOANNIE PLAZA-MARTINEZ
                                    USDC-PR # 215604
                                    Assistant Federal Public Defender
                                    241 Franklin D. Roosevelt Avenue
                                    Hato Rey, PR  00918-2441
                                    Tel. (787) 281-4922 / Fax (787) 281-4899
                                    E-mail : *Joannie_Plaza@fd.org*