# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

JULIO CASANOVA-OTERO
Urb. Villa Carolina
Calle 88, Bloque 83 #22
Carolina, P.R. 00985
Tel. 787-752-7973

## WARRANT FOR ARREST

Case Number: 99-CR-337-001 (HL)

To: The United States Marshal
and any Authorized United States Officer

RECEIVED AND FILED
2006 SEP -5 AM 10: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

YOU ARE HEREBY COMMANDED to arrest _____ JULIO CASANOVA-OTERO
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  **X Supervised Release Violation Petition**  ☐ Violation Notice

charging him or her with (brief description of offense)

ONCE ARRESTED DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

in violation of Title _____ United States Code, Section(s) _____

HECTOR M. LAFFITTE
Name of Issuing Officer

S/HECTOR M. LAFFITTE
Signature of Issuing Officer

UNITED STATES JUDGE
Title of Issuing Officer

FEBRUARY 8, 2006 AT HATO REY, PUERTO RICO
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED 2-10-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-24-06 | ROBERTO VIZCARRONDO | |

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk
Date: Feb 9 2006