# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**   *
                                *
   **Vs.**                      *        **99-CR-00337-01 (HL)**
                                *
**CASANOVA-OTERO, Julio**        *
                                *
-------------------------------------------------------*

## O R D E R

By the Order of the Honorable Héctor M. Laffitte, Senior United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this September 15, 2006.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the
pre-sentence investigation report

on _09-15-06_

Eustaquio Babilonia
Chief U.S. Probation Officer

By: _____