## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day 18th of June 2007 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Myriam Y. Fernandez-Gonzalez, Assistant U.S. Attorney and Joannie Plaza-Martínez, Assistant Federal Public Defender.

At San Juan, Puerto Rico, this 18th day of June 2007.

s/Luz E. Aponte
Luz E. Aponte
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-5842
787-766-5945
luz_aponte@prp.uscourts.gov

LEA/