reprimand to the offender and advised him that any further violation shall be object of a revocation hearing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**<u>STANDARD CONDITION NO. 7:</u> THE DEFENDANT SHALL REFRAIN FROM EXCESSIVE USE OF ALCOHOL AND SHALL NOT PURCHASE, POSSESS, USE, DISTRIBUTE, OR ADMINISTER ANY CONTROLLED SUBSTANCE, OR ANY PARAPHERNALIA RELATED TO ANY CONTROLLED SUBSTANCE, EXCEPT AS PRESCRIBED BY A PHYSICIAN.**

On September 6, 2007, during an office contact, a drug test was conducted which resulted positive for cocaine, even though the offender denied any use of illegal substances. Upon questioning he admitted drinking heavily and being with someone that was using illegal drugs, but he continued denying the use of any illegal drugs. On September 8, 2007, Kroll Laboratory Specialist , Inc. confirmed the offender's positive test results for cocaine.

**WHEREFORE**, I declare under penalty and perjury that the foregoing is true and correct. In view of the aforementioned, unless ruled otherwise, it is respectfully requested that a summons be issued so that he may be brought before this Honorable Court to show cause why his supervision term should not be revoked. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 12th day October, 2007.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    <u>s/Luz E. Aponte</u>
    Luz E. Aponte