IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.

CASE NO. 3:99CR00337-001 (JAF)

JULIO CASANOVA-OTERO
***************************** *

ORDER

Upon petition of LUZ ENID APONTE-ORTIZ, U.S. PROBATION OFFICER of this Court, alleging that releasee, Julio Casanova -Otero, has failed to comply with his conditions of supervised release, it is

ORDERED that releasee appear before this Court on November 20, 2007 at 1:30 P.M., for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding summons to the offender, Julio Casanova-Otero and provide the government, as well as the defense counsel with a copy of the order.

IT IS SO ORDERED,

In San Juan, Puerto Rico, this 22nd day of October, 2007

S/JOSE ANTONIO FUSTE
JOSE A. FUSTE
CHIEF, U.S. DISTRICT JUDGE