IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff,

vs.

JULIO CASANOVA
Defendant

Crim. No. 099-337(JAF)

MOTION REQUESTING CONTINUANCE OF HEARING REGARDING SUPERVISED RELEASE

TO THE HONORABLE JOSE A. FUSTE
UNITED STATES CHIEF JUDGE
FOR THE DISTRICT OF PUERTO RICO

COMES NOW the Defendant, Julio Casanova, represented by the Federal Public Defender for the District of Puerto Rico, and very respectfully STATES and PRAYS as follows:

On November 14, 2007, this Honorable Court entered an order setting as a hearing as to defendant's supervised release for November 30, 2007, at 1:30 P.M.

That on November 30, 2007, the undersigned attorney will be attending a continued education *Ethics* training, sponsored by the Puerto Rico Catholic University School of Law. Such training is required to maintain a *good standing* status as a member of the Puerto Rico Bar Association.

Therefore, the defendant requests that the hearing upon the U.S. Probation Officer's motion regarding defendant's supervised release be continued to a date after November 30, 2007.

WHEREFORE, the Defendant respectfully requests an order granting the foregoing request for continuance.

RESPECTFULLY SUBMITTED.

Page 2

     I HEREBY CERTIFY that on November 26, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

     In San Juan, Puerto Rico, 26th of November, 2007.

                          JOSEPH C. LAWS, JR.
                          FEDERAL PUBLIC DEFENDER

                          S/JOANNIE PLAZA MARTINEZ
                          Assistant Federal Public Defender
                          USDC - PR 215604
                          241 F. D. Roosevelt Avenue
                          San Juan, PR  00918-2305
                          Tel.  (787) 281-4922
                          Joannie_plaza@fd.org