AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

_____JUDICIAL_____ DISTRICT OF _____PUERTO RICO_____

UNITED STATES OF AMERICA
V.
**JULIO CASANOVA-OTERO**
Calle Serra #700, Apartment #1
San Juan, P.R.
Tel: 787-447-5134
(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   3:99-CR-337 (JAF)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U. S. Courthouse and Federal Building #150 Carlos Chardón Street Hato Rey, PR 00918 | Courtroom #7 |
| | Date and Time |
| Before: **CHIEF, JOSE A. FUSTE** | **November 30, 2007 at 1:30 p.m.** |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
Copy of Order Attached

JOSE A. FUSTE, CHIEF U.S. DISTRICT JUDGE
Name and Title of Issuing Officer

S/ Gretchen S. Rodriguez- Deputy Clerk
Signature of Issuing Officer

November 14, 2007
Date

COPY ☐
ORIGINAL ☑
SERVICE COPY ☐
USAO COPY ☐

JDIS ☑
AFO ☐   IN ☑
CIV ☑   OUT ☑
Item: ____

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]   Date   11/27/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Hi-Tech @ San Patricio Guaynabo, P.R. upon agreement w/ defendant.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   11/27/07
             Date

Esteban Soto III
Name of United States Marshal

Eric D. Santi
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.